INTERNATIONAL & G. N. RY. CO. et al. v. RATHBLATH.   (No. 5353.)

(Court of Civil Appeals of Texas.   Austin. April 8, 1914.   Rehearing Denied June 3, 1914.)

Appeal from Robertson County Court; J. L. Goodman, Judge.

Action by Abe Rathblath against the International & Great Northern Railway Company and another.   From a judgment for plaintiff, defendants appeal.   Affirmed.

Perry & Woods, of Franklin, Doremus, Butler & Henderson, of Bryan, and Wilson, Dabney & King, of Houston, for appellants.   W. W. Wilson, of Calvert, and J. Felton Lane, of Hearne, for appellee.

KEY, C. J.   This is a companion case to No. 5330, International & Great Northern Railway Co. et al. v. Abe Rathblath et al., 167 S. W. 751, this day decided, except that the question of intervention is not involved in this case. Upon the other question discussed in the opinion filed in the former case the two cases are analogous, and we make the same ruling here as was made in that case.

Judgment affirmed.